IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

TRAVIS JONATHAN MITCHELL,

    Plaintiff,

v.

MS. JACKSON, Unit Manager; OFFICER WRIGHT; and OFFICER ROGER,

    Defendants.

CIVIL ACTION NO.: 6:17-cv-143

**ORDER**

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, (doc. 7), to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation as the opinion of the Court.

The Court **DISMISSES** Plaintiff's claims against Defendants Wright and Roger in their entirety, **DISMISSES** Plaintiff's claims for monetary damages against Defendant Jackson in her official capacity, and **DISMISSES** Plaintiff's claims pursuant to the Fourteenth Amendment. The Court also **DENIES** Plaintiff leave to appeal *in forma pauperis* as to his claims against Defendants Wright and Roger. Plaintiff's deliberate indifference to safety claim against Defendant Jackson remains pending.

**SO ORDERED**, this 9th day of May, 2018.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA