# United States District Court
## *Southern District of Georgia*

TRAVIS JONATHAN MITCHELL,

Plaintiff,

**JUDGMENT IN A CIVIL CASE**

**V.**

CASE NUMBER: 6:17-cv-143

VALDERINE JACKSON,

Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's Order entered on September 16, 2019, adopting the Report and Recommendation of the United States Magistrate Judge, the Court GRANTS Defendant's unopposed Motion for Summary Judgment, DISMISSES Plaintiff's Complaint, and DENIES Plaintiff leave to appeal in forma pauperis.

This action stands CLOSED.

Approved by: _____

September 19, 2019
_____
*Date*

Scott L. Poff
_____
*Clerk*

_____
*(By) Deputy Clerk*